# Stein, Wiener & Roth, LLP

*Attorneys at Law*
*One Old Country Road, Suite 113*
*Carle Place, New York 11514*
*Telephone   (516) 742-1212*
*Fax   (516) 742-6595*

| | |
|---|---|
| Howard H. Stein | *of Counsel* |
| Edward Wiener | Mitch Alter |
| <u>Gerald Roth</u> | James Birch |
| Robert C. Sambursky | Craig D. Zim |
| Karen Migdal | |
| Rosamaria Sagese | |
| Mojdeh Malekan | |
| Andrew Goldberg | |

June 18, 2020

Hon. Carla E. Craig
United States Bankruptcy Court
271 Cadman Plaza East, Suite 1595, Brooklyn, NY 11201


RE:   Victor Vidal
      Chapter 13
      Case No. 1-20-41579-CEC
      SWR File No. 57680/WELLS


Dear Judge Craig:

This office represents Wells Fargo Bank, N.A. with respect to the above referenced matter.

Please allow this correspondence to serve as a status report for this matter. On May 22, 2020, we provided a copy of the secured Creditors financial packet to the Debtors attorney. On June 18, 2020, the Debtors attorney submitted documents to our office and they have been forwarded to the Creditor for review.

Your kind cooperation and prompt attention to this matter would be greatly appreciated.

Very truly yours,

*Karen B Migdal*

Karen B. Migdal, Esq.


Cc:   Steven Amshen, Esq.
      samshen@lawpetroff.com
      bankruptcy@lawpetroff.com